## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CHRIS A. TERRELL**                                                                    **PETITIONER**

**v.**                           **CASE NO: 2:14CV00084 BSM**

**UNITED STATES OF AMERICA**                                          **RESPONDENT**

### ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been received.  No objections have been filed.  After careful review, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Accordingly, petitioner Chris A. Terrell's petition for writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 15th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE